No. 11–10491. CONNER v. BIRKETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10494. DESUE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 11–10495. SCANLON v. HARKLEROAD, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 11–10497. MCCRAY v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 11–10502. CUSTODIO v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 11–10503. JACKSON v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 11–10504. JONES v. BAUMAN. C. A. 6th Cir. Certiorari denied.

No. 11–10505. WILLIAMS v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Sup. Ct. Ark. Certiorari denied.

No. 11–10506. ALI v. MANESS ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–10507. MOYER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10509. MARGARET B. v. MILWAUKEE COUNTY, WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 11–10510. BOWEN v. JONES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–10511. BRUNSON v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 11–10512. WALKER v. WISCONSIN. Ct. App. Wis. Certiorari denied.